UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Melissa Tripp,
    Plaintiff

v.                                    Civil Case No. 1:23-cv-_____

Exeter Hospital, Inc.,
    Defendant

### NOTICE OF FILING OF NOTICE OF REMOVAL TO PLAINTIFF'S COUNSEL

TO:    Leslie H. Johnson (leslie@lesliejohnsonlaw.com)
          Law Office of Leslie H. Johnson, PLLC
          PO Box 265
          Center Sandwich, NH 03227

PLEASE TAKE NOTICE that pursuant to 28 U.S.C. §§1441 and 1446, Defendant, EXETER HOSPITAL, INC., has this day filed in the Clerk's Office of the United States District Court for the District of New Hampshire, Concord, New Hampshire, a Notice of Removal of this case, as shown by copy attached, and in accordance with the above statute, the State Court proceedings should proceed no further herein, unless and until the case is remanded.

                                      Respectfully Submitted,
                                      EXETER HOSPITAL, INC.,
                                      By its attorneys,
                                      JACKSON LEWIS P.C.,

Date:  April 5, 2023              By:    /s/K. Joshua Scott
                                          K. Joshua Scott, NHBA# 17479
                                          100 International Drive, Suite 363
                                          Portsmouth, NH 03801
                                          603.559.2711
                                          joshua.scott@jacksonlewis.com