THE STATE OF NEW HAMPSHIRE

STRAFFORD, SS.                                                                                              SUPERIOR COURT
219-2023-CV-00069

Melissa Tripp

v.

Exeter Hospital, Inc.

## NOTICE OF FILING OF NOTICE OF REMOVAL

TO:   Kimberly T. Myers, Clerk
      Strafford County Superior Court
      259 County Farm Road, Suite 301
      Dover, NH, 03820

PLEASE TAKE NOTICE that pursuant to 28 U.S.C. §§1441 and 1446, Defendant, EXETER HOSPITAL, INC., has this day filed in the Clerk's Office of the United States District Court for the District of New Hampshire, Concord, New Hampshire, a Notice of Removal of this case, as shown by copy attached, and in accordance with the above statute, the State Court proceedings should proceed no further herein, unless and until the case is remanded.

|  |  |
|---|---|
|  | Respectfully Submitted,<br>EXETER HOSPITAL, INC.,<br>By its attorneys,<br>JACKSON LEWIS P.C., |
| Date:  April 5, 2023      By: | /s/K. Joshua Scott<br>K. Joshua Scott, NHBA# 17479<br>100 International Drive, Suite 363<br>Portsmouth, NH 03801<br>603.559.2711<br>joshua.scott@jacksonlewis.com |

Certificate of Service

I hereby certify that a copy of the foregoing was this day served via email on Leslie H. Johnson, Esq. (leslie@lesliejohnsonlaw.com), counsel for Plaintiff.

Date:  April 5, 2023              By:   /s/K. Joshua Scott
                                        K. Joshua Scott