UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Melissa Tripp
   Plaintiff

v.                   1:23-CV-00222-AJ

Exeter Hospital, Inc.
   Defendant

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff and Defendant, by their undersigned counsel, hereby stipulate to the dismissal of this matter with prejudice and without costs to any party pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii)

                Respectfully submitted,
                **Melissa Tripp Plaintiff**
                By her attorney

Dated: July 17, 2025          /s/ Leslie H. Johnson
                Leslie H. Johnson, Esquire - #5545
                Law Office of Leslie H. Johnson, PLLC
                PO Box 265
                Center Sandwich, NH 03227
                603.284.6600
                leslie@lesliejohnsonlaw.com

                Respectfully submitted,
                **EXETER HOSPITAL, INC.**
                By its attorneys,

                **JACKSON LEWIS P.C.,**

Date:  July 17, 2025   By:    */s/*K. Joshua Scott
                K. Joshua Scott, NHBA# 17479
                100 International Drive, Suite 363
                Portsmouth, NH 03801
                603.559.2711
                joshua.scott@jacksonlewis.com

## CERTIFICATION

  I hereby certify that I have caused a copy of the above to be electronically served through ECF this date to those on the ECF service list.

                 /s/ Leslie H. Johnson
                 Leslie H. Johnson, Esquire